Andrew BRANCH,[1] Respondent
Below-Appellant,

v.

DIVISION OF FAMILY SERVICES and Court Appointed Special Advocate, Petitioners Below-Appellees.

No. 289, 2016

Supreme Court of Delaware.

Submitted: October 20, 2016
Decided: January 9, 2017

Court Below—Family Court of the State of Delaware, in and for Sussex County,

1. The Court previously assigned a pseudonym to the appellant pursuant to Supreme Court Rule 7(d). The Court also has assigned pseudonyms to the children in this Order.

File No. CS15–05–01TS, Petition No. 15–12929

AFFIRMED.